1   TANYA E. MOORE, SBN 206683
    MOORE LAW FIRM, P.C.
2   332 North Second Street
    San Jose, CA 95112
3   Telephone:     (408) 298-2000
    Facsimile:     (408) 298-6046
4   Email:         tanya@moorelawfirm.com

5   Attorneys for Plaintiff,
    Cecil Shaw
6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  CECIL SHAW,                              Case No.  1:12-cv-01293-AWI-GSA

12              Plaintiff,                   **STIPULATION TO CONTINUE
                                             SCHEDULING CONFERENCE; ORDER**
13  v.

14  GOLDEN CHINA BUFFET, INC. dba
    GOLDEN CHINA BUFFET aka GOLDEN
15  CHINA BUFFET 1; GORDON K.
    TESSMAN and JEAN A. TESSMAN, CO-
16  TRUSTEES OF THE GORDON K.
    TESSMAN and JEAN A. TESSMAN
17  REVOCABLE FAMILY TRUST u/t/d
    NOVEMBER 18, 2010; DOUGLAS
18  ARNOLD JORISSEN and KIMBER LEA
    JORISSEN, AS CO-TRUSTEES OF THE
19  DOUGLAS ARNOLD JORISSEN AND
    KIMBER LEA JORISSEN REVOCABLE
20  TRUST AGREEMENT u/t/a AUGUST 12,
    2010; and STACEY LANE WALTER,
21  TRUSTEE OF THE STACEY LANE
    WALTER TRUST, u/t/d NOVEMBER 23,
22  2010,

23              Defendants.

24

25         The undersigned counsel, having previously stipulated that the time to file a responsive

26  pleading to the complaint for all defendants shall be November 21, 2012, hereby further stipulate

27  and request that the Scheduling Conference scheduled for November 13, 2012 be continued by

28  the Court to a date after November 30, 2012.

- 1 -

STIPULATION TO CONTINUE SCHEDULING CONFERENCE

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

1    IT IS SO STIPULATED.

2    Dated: October  31, 2012                    MOORE LAW FIRM, P.C.

3

4                                                By: */s/ Tanya E. Moore*
                                                     TANYA E. MOORE
5                                                    Attorneys for Plaintiff, CECIL SHAW

6

7    Dated: October  31, 2012                    MURPHY AUSTIN ADAMS SCHOENFELD LLP

8

9                                                By:  */s/ D. Michael Shoenfeld*
                                                     D. MICHAEL SCHOENFELD
10                                                   Attorneys for Defendants, GOLDEN CHINA
                                                     BUFFET, INC. dba GOLDEN CHINA BUFFET
11                                                   aka GOLDEN CHINA BUFFET 1; GORDON
                                                     K. TESSMAN and JEAN A. TESSMAN, CO-
12                                                   TRUSTEES OF THE GORDON K. TESSMAN
                                                     and JEAN A. TESSMAN REVOCABLE
13                                                   FAMILY TRUST u/t/d NOVEMBER 18, 2010;
                                                     DOUGLAS ARNOLD JORISSEN and
14                                                   KIMBER LEA JORISSEN, AS CO-TRUSTEES
                                                     OF THE DOUGLAS ARNOLD JORISSEN
15                                                   AND KIMBER LEA JORISSEN REVOCABLE
                                                     TRUST AGREEMENT u/t/a AUGUST 12,
16                                                   2010; and STACEY LANE WALTER,
                                                     TRUSTEE OF THE STACEY LANE WALTER
17                                                   TRUST, u/t/d NOVEMBER 23, 2010

18                                      **ORDER**

19

20        Pursuant to the Parties' stipulation to continue the Scheduling Conference currently

21   scheduled for November 13, 2012, and good cause appearing, it is hereby ordered that the

22   Scheduling Conference is continued to December 17, 2012, at 9:30 a.m.  The parties shall file

23   their joint scheduling report one week prior to the conference.

24

25

26   IT IS SO ORDERED.

27        Dated:  __**October 31, 2012**__            _____**/s/ Gary S. Austin**

28
                                            - 2 -
     STIPULATION TO CONTINUE SCHEDULING CONFERENCE

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

1      UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

- 3 -

STIPULATION TO CONTINUE SCHEDULING CONFERENCE