TANYA E. MOORE, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, CA 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff,
Cecil Shaw

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>        Plaintiff,<br><br>v.<br><br>GOLDEN CHINA BUFFET, INC. dba GOLDEN CHINA BUFFET aka GOLDEN CHINA BUFFET 1; GORDON K. TESSMAN and JEAN A. TESSMAN, CO-TRUSTEES OF THE GORDON K. TESSMAN and JEAN A. TESSMAN REVOCABLE FAMILY TRUST u/t/d NOVEMBER 18, 2010; DOUGLAS ARNOLD JORISSEN and KIMBER LEA JORISSEN, AS CO-TRUSTEES OF THE DOUGLAS ARNOLD JORISSEN AND KIMBER LEA JORISSEN REVOCABLE TRUST AGREEMENT u/t/a AUGUST 12, 2010; and STACEY LANE WALTER, TRUSTEE OF THE STACEY LANE WALTER TRUST, u/t/d NOVEMBER 23, 2010,<br><br>        Defendants. | Case No. 1:12-cv-01293-AWI-GSA<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE; ORDER** |

The undersigned counsel, having previously stipulated that the time to file a responsive pleading to the complaint for all defendants shall be November 21, 2012, hereby further stipulate and request that the Scheduling Conference scheduled for November 13, 2012 be continued by the Court to a date after November 30, 2012.

- 1 -

STIPULATION TO CONTINUE SCHEDULING CONFERENCE

IT IS SO STIPULATED.

Dated: October 31, 2012     MOORE LAW FIRM, P.C.


By: */s/ Tanya E. Moore*
    TANYA E. MOORE
    Attorneys for Plaintiff, CECIL SHAW

Dated: October 31, 2012     MURPHY AUSTIN ADAMS SCHOENFELD LLP


By: */s/ D. Michael Shoenfeld*
    D. MICHAEL SCHOENFELD
    Attorneys for Defendants, GOLDEN CHINA
    BUFFET, INC. dba GOLDEN CHINA BUFFET
    aka GOLDEN CHINA BUFFET 1; GORDON
    K. TESSMAN and JEAN A. TESSMAN, CO-
    TRUSTEES OF THE GORDON K. TESSMAN
    and JEAN A. TESSMAN REVOCABLE
    FAMILY TRUST u/t/d NOVEMBER 18, 2010;
    DOUGLAS ARNOLD JORISSEN and
    KIMBER LEA JORISSEN, AS CO-TRUSTEES
    OF THE DOUGLAS ARNOLD JORISSEN
    AND KIMBER LEA JORISSEN REVOCABLE
    TRUST AGREEMENT u/t/a AUGUST 12,
    2010; and STACEY LANE WALTER,
    TRUSTEE OF THE STACEY LANE WALTER
    TRUST, u/t/d NOVEMBER 23, 2010

**ORDER**

Pursuant to the Parties' stipulation to continue the Scheduling Conference currently scheduled for November 13, 2012, and good cause appearing, it is hereby ordered that the Scheduling Conference is continued to December 17, 2012, at 9:30 a.m. The parties shall file their joint scheduling report one week prior to the conference.

IT IS SO ORDERED.

Dated: **October 31, 2012**          **/s/ Gary S. Austin**

- 2 -

STIPULATION TO CONTINUE SCHEDULING CONFERENCE

UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE SCHEDULING CONFERENCE