K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CECIL SHAW,<br><br>         Plaintiff,<br><br>     vs.<br><br>GOLDEN CHINA BUFFET, INC. dba GOLDEN CHINA BUFFET aka GOLDEN CHINA BUFFET 1, et al.,<br><br>         Defendants. | No.  1:12-cv-01293-AWI-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendants Golden China Buffet, Inc. dba Golden China Buffet aka Golden China Buffet I, Gordon K. Tessman and Jean A. Tessman, Co-Trustees of the Gordon K. Tessman and Jean A. Tessman Revocable Family Trust u/t/d November 18, 2010, Douglas Arnold Jorissen and Kimber Lea Jorissen as Co-Trustees of the Douglas Arnold Jorissen and Kimber Lea Jorissen Revocable Trust Agreement u/t/a August 12, 2010 and Stacy Lane Walter, Trustee of the Stacey Lane Walter Trust u/t/d November 23, 2010, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

*Shaw v. Golden China Buffet, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order

| | |
|---|---|
| Date: December 11, 2012 | MOORE LAW FIRM, P.C. |
| | /s/Tanya E. Moore |
| | Tanya E. Moore |
| | Attorneys for Plaintiff Cecil Shaw |
| Date: December 10, 2012 | MURPHY AUSTIN ADAMS & SCHOENFELD LLP |
| | /s/ D. Michael Schoenfeld |
| | D. Michael Schoenfeld |
| | Attorneys for Defendants Golden China Buffet, Inc. dba Golden China Buffet aka Golden China Buffet I, Gordon K. Tessman and Jean A. Tessman, Co-Trustees of the Gordon K. Tessman and Jean A. Tessman Revocable Family Trust u/t/d November 18, 2010, Douglas Arnold Jorissen and Kimber Lea Jorissen as Co-Trustees of the Douglas Arnold Jorissen and Kimber Lea Jorissen Revocable Trust Agreement u/t/a August 12, 2010 and Stacy Lane Walter, Trustee of the Stacey Lane Walter Trust u/t/d November 23, 2010 |

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   December 11, 2012

_____
UNITED STATES DISTRICT JUDGE

*Shaw v. Golden China Buffet, Inc., et al.*
Stipulation for Dismissal of Action; [Proposed] Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28